# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESCOBEDO,<br><br>    Plaintiff,<br><br>    v.<br><br>LOS AMIGOS AUTHENTIC MEXICAN FOOD, et al.,<br><br>    Defendants. | Case No. 1:23-cv-01306-SAB<br><br>ORDER GRANTING STIPULATION TO FILE FIRST AMENDED COMPLAINT<br><br>(ECF No. 24) |

On March 1, 2024, the parties filed a stipulation to allow Plaintiff to file a first amended complaint in this action. Pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff is granted leave to file his first amended complaint within five (5) calendar days of the date this Order is filed; and

2. Defendants shall file responsive pleadings within the time required by the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

Dated:   **March 4, 2024**

UNITED STATES MAGISTRATE JUDGE

1